# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR1676-BEN |
| Plaintiff, | ORDER |
| v. | |
| LUIS CORONA-CASTANOS (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

DATED: June 25, 2013

_____
Hon. Roger T. Benitez
United States District Judge

13CR1676-BEN